AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| AARON COREY, | ) Case No. 1:26-mj-25 DJS |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Aaron Corey,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

Date:   02/02/2026

_____
Issuing officer's signature

City and state:   Albany, NY

Hon. Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/2/2026, and the person was arrested on *(date)* 2/2/2026
at *(city and state)* Albany, New York.

Date: 2/2/2026

_____
Arresting officer's signature

Kelley Daley, Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: __Aaron Corey__

Known aliases: __Baggeth__

Last known residence: __32 Colby St, Albany, NY 12206__

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: __08/04/2002__

Social Security number: __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__

Height: _____    Weight: _____

Sex: __Male__    Race: __White__

Hair: __Brown__    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: __Drug use (methamphetmine)__

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: __FBI Albany__

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____