UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       v.　　　　　　　　　　　　　　　　　　1:26-MJ-25  DJS

AARON COREY,

                Defendant.
_____

## ORDER APPROVING WAIVER OF PRELIMINARY HEARING

    Defendant was arrested by authorities on February 2, 2026, made an initial appearance on February 3, 2026, and had a detention hearing on February 5, 2026 – all before the Honorable Daniel J. Stewart, U.S. Magistrate Judge.

    Through counsel, Defendant voluntarily waived his right to a preliminary examination. In announcing that waiver, Defendant's counsel advised that they had explained the nature of the preliminary examination to the Defendant, including the consequences of any waiver of the right to such a preliminary examination, and that the Defendant was knowingly and voluntarily waiving his right to a preliminary examination with full knowledge of the consequences thereof. Defendant reserved his right to request such hearing at a later time, if necessary.

    Based upon the foregoing, including Defendant's voluntary representations, it is hereby **ORDERED**, that Defendant's waiver of his right to a preliminary hearing without prejudice, which I find to have been knowing, intelligent, and voluntary, is accepted;

**SO ORDERED.**

DATED:　February 5, 2026
　　　　　Albany, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Daniel J. Stewart
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge