# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

February 11, 2026

Hon. Daniel J. Stewart
U.S. Magistrate Judge
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

      Re:    *United States v Aaron Corey*
                1:26-MJ-25-DJS

Dear Judge Stewart:

    I write to request the Court schedule a representation hearing in the instant matter. My next availability is February 13, 2026, after 2:00 pm. Unfortunately, I will be traveling for training the following week and thus am unavailable again until the week of February 23.

    I would request any factual details related to the need for the hearing be discussed with the Court outside the presence of the Government.

    Thank you for your attention to this matter. Please contact me with any questions.

Very Truly Yours,

s/Eric K. Schillinger

cc:    AUSA Alex Wentworth-Ping (via ECF)
        Client