

April 15, 2026

Hon. Daniel J. Stewart
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, NY 12207

        **Re:**   USA v Aaron Corey
               1:26-mj-25 (DJS)

Dear Judge Stewart:

Pursuant to 18 USC §3142(f), I am writing to request a reopening of the detention hearing for Aaron Corey based upon a recent psychological evaluation and written report by Dr. Jacqueline Bashkoff. Due to its confidential nature, I am emailing the report to the Court, U.S. Probation, and the Government in private, and I would ask that it not be filed or made available for public viewing.

Based on this new information, the defense is requesting that the Court schedule a reopening of the detention hearing as soon as the Court's calendar allows. Thank you.

        Respectfully,

        CASEY LAW LLC

        John B. Casey