**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**


May 18, 2026


**BY ECF**

Hon. Daniel J. Stewart
United States Magistrate Judge, NDNY
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

      **Re:  United States v. Aaron Corey**
           **Docket # 26 mj 25 (DJS)**

Dear Judge Stewart;

      I write to request that the Court reopen the detention hearing in this matter, in order to permit the testimony of the psychologist who recently examined Mr. Corey at the request of prior counsel. On April 27, 2026, the Court found sufficient reason to reopen the hearing, and reiterated that at the Attorney Appointment hearing on May 11, 2026, when the Court appointed me to replace John Casey, Esq.

      I have conferred with Dr. Bashkoff, and she is available to testify at 1:00 on June 11, 2026. AUSA Joshua Rosenthal confirms the government's availability, and Ms. Light confirms the Court's.

      I therefore respectfully request that the Court schedule the detention hearing for that date and time.

      Thank you for your courtesy and consideration.

              Respectfully yours,

              *John S. Wallenstein*
              JOHN S. WALLENSTEIN

JSW/hs